No. 40865.—Protests 976244–G, etc., of Gerstenzang-Werner Co., Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the savings banks and money boxes were held dutiable at 40 percent under paragraph 339. Abstract 38680 followed.

No. 40866.—Protests 977694–G, etc., of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271) and Abstract 39772 aneroid barometers were held dutiable at 27½ percent under paragraph 372 as claimed.

MARCH 18, 1939

No. 40867.— Protest 927033–G of California Bag & Metal Co. C. D. 98. Plaintiff's application for rehearing denied.

MARCH 14, 1939

No. 40868.—SUIT 4180.— *Edward M. Poons Co. of Kobe, Inc.* v. *United States.* T. D. 49517 affirmed.

MARCH 16, 1939

No. 40869.—SUIT 4144. *United States* v. *Pennsylvania Salt Manufacturing Co.* T. D. 49201 reversed.

MARCH 17, 1939

No. 40870.—SUIT 4160. *F. W. Woolworth Co.* v. *United States.* T. D. 49300 reversed.

No. 40871.—SUIT 4172. *L. A. Salomon & Bro.* v. *United States.* T. D. 49483 affirmed.

No. 40872.—SUIT 4178.— *Keith Dunham Co.* v. *United States.* T. D. 49532 affirmed.